**HAWKINS PARNELL & YOUNG LLP**
By: Roy F. Viola, Jr., Esq. (ID: 68845)
600 Lexington Ave, 8th Floor
New York, New York 10022
Tel: (212) 897-9655
Fax: (646) 589-8700
Attorneys for Defendant,
*Elizabeth Arden, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SHARON SCOTT**, as Administrator and Administrator ad Prosequendum of the Estate of **SHIRLEY SCOTT**, Deceased, and **MICHAEL SCOTT**, Legal Guardian for JOHN DOE, A Minor Child,<br><br>**Plaintiff(s),**<br><br>vs.<br><br>**BRENNTAG NORTH AMERICA, INC.** (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.), et al.,<br><br>**Defendant(s).** | 3:19-cv-00335 (FLW) (DEA)<br><br>**CERTIFICATION OF ROY F. VIOLA, JR., ESQ. IN SUPPORT OF DEFENDANT ELIZABETH ARDEN, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |

Roy F. Viola, Jr., Esq. hereby certifies under penalties of perjury and upon information and belief as follows:

1. I am a member of the law firm of Hawkins Parnell & Young LLP, attorneys for Defendant Elizabeth Arden Inc. ("Arden").

2. I am entirely knowledgeable about the facts and circumstances surrounding the above-captioned matter; the source of my information and belief is based on my review of the case file and investigative materials found therein.

3. I submit this Certification in support of Defendant Arden's Opposition to Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction in the above-captioned matter.

4. Attached as **Exhibit A** is a true and correct copy of the Complaint, dated December 18, 2018.

5. Attached as **Exhibit B** is a true and correct copy of Elizabeth Arden Inc.'s Articles of Incorporation.

6. Attached as **Exhibit C** is a true and correct excerpt from RCPC's Exchange Offer, dated October 20, 2016.

7. Attached as **Exhibit D** is a true and correct an excerpt of Notice of Removal, dated January 11, 2019.

8. Attached as **Exhibit E** is an excerpt of Motion to Dismiss Plaintiff's Complaint under Rule 12(b), dated January 25, 2019.

9. Attached as **Exhibit F** is a true and correct copy of the Superior Court of New Jersey's Decision in *Chapman v. BASF Catalysts LLC,* L-2911-17AS.

The exhibits attached to this Certification in support of Arden's Opposition to Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction are true and correct copies of the documents originally prepared or received by Hawkins Parnell & Young LLP in connection with the instant litigation.

**I HEREBY CERTIFY** that the foregoing statements are to the best of my knowledge true and accurate. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Date: January 29, 2019
New York, New York                    s/Roy F. Viola, Jr._____
                                      Roy F. Viola, Jr., Esq.
                                      **HAWKINS PARNELL & YOUNG LLP**